# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| House to Home Strategies LLC | | |
| | : | |
| Debtor | : | Bankruptcy No. 22-11690-elf |

## ORDER

AND NOW, it is **ORDERED** that since the debtor(s) have failed to timely file the documents required by the order dated June 29, 2022 and this case be and the same is hereby **DISMISSED**.

Date: 7/18/22

Eric L. Frank
United States Bankruptcy Judge

Missing Documents:

    Atty Disclosure Statement
    Schedules A/B, D, E/F, G, H
    Small Business Tax Return
    Statement of Financial Affairs
    Statistical Summary of Certain Liabilities
    20 Largest Unsecured Creditors
    Equity Security Holder
    Small Business Balance Sheet
    Small Business Cash Flow
    Statement of Corporate Ownershi[p
    Small Business Statement of Operation