**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: House to Home Strategies  LLC            CHAPTER 11
            Debtor(s)

                                                BKY. NO. 22-11690 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank National Association as Trustee of Greene Street Funding Trust and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ *Michael Farrington*
                                            Michael Farrington
                                            28 Nov 2022, 16:51:27, EST


                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322