## UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | |
|---|---|
| IN RE: <br><br> House to Home Strategies LLC <br><br><br> *Debtor*, | Chapter 11 <br><br> Case No. 22-11690-elf |

## CERTIFICATE OF SERVICE

I, Gary Schafkopf, Esquire, attorney for the above captioned Debtor, hereby certify that on December 19, 2022 a copy of the foregoing Motion of the Debtor House to Home Strategies LLC for an Order Approving the Debtor's Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of the Plan, and Fixing the Time for Filing Objections to Confirmation of the Plan, and Notice of the Motion was served electronically via the Court's CM/ECF system and regular mail upon the following parties.

John Henry Schanne
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Michael Farrington, Esquire
KML Law Group P.C.
701 Market Street
Philadelphia PA 19106

              Respectfully Submitted,

              SCHAFKOPF LAW, LLC

DATED: 12-19-22        */s/ Gary Schafkopf*
              BY: GARY SCHAFKOPF