*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: House to Home Strategies LLC
    Debtor(s)

Case No: 22–11690–elf
Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case. Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Bad Faith and Other Cause Filed by United States Trustee Represented by JOHN HENRY SCHANNE (Counsel). (Attachments: # 1 Proposed Order Dismissal Order # 2 Proposed Order Conversion Order)

on: 1/18/23

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  12/22/22

Timothy B. McGrath
Clerk of Court