**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANNIA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| House to Home Strategies LLC | Case No. 22-11690-elf |
| *Debtor*, | |

**CERTIFICATE OF SERVICE**

I, Gary Schafkopf, Esquire, attorney for the above captioned Debtor, hereby certify that on December 23, 2022 a copy of the Amended Notice of the Motion was served electronically via the Court's CM/ECF system, email and regular mail upon the following parties.

John Henry Schanne
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
John.Schanne@usdoj.gov

And

KML Law Group P.C
Michael Farrington, Esquire
701 Market Street
Philadelphia PA 19106
mfarrington@kmllawgroup.com

Respectfully Submitted,

SCHAFKOPF LAW, LLC

DATED: 12-23-22

*/s/ Gary Schafkopf*
BY: GARY SCHAFKOPF