**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: House to Home Strategies LLC | BK NO. 22-11690 ELF |
| **Debtor(s)** | |
| | **Chapter 11** |
| **U.S. Bank National Association as Trustee of Greene Street Funding Trust** | |
| **Movant** | **Hearing Date:** |
| **vs.** | |
| **House to Home Strategies LLC** | |
| **Respondent(s)** | |

**OBJECTION OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE OF GREENE STREET FUNDING TRUST**
**TO CONFIRMATION OF CHAPTER 13 PLAN**

U.S. Bank National Association as Trustee of Greene Street Funding Trust (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1.     On October 28, 2022, Secured Creditor filed a secured proof of claim setting forth pre-petition arrears in the amount of $292,556.12.

2.     Debtor's Plan provides for payment in the amount of $0.00 towards the arrearage claim of the Secured Creditor.

3.     Debtor's Plan understates the amount of the Secured Creditor's claim by $292,556.12, and does not provide sufficient funding to pay said claim including present value interest.

4.     Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Secured Creditor.

5.     In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Secured Creditor, U.S. Bank National Association as Trustee of Greene Street Funding Trust, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: January 5, 2023

By: /s/ Denise Carlon, Esquire
        Denise Carlon, Esquire
        KML Law Group, P.C.
        The Lits Building
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        215-627-1322
        Attorney for Movant/Applicant

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: House to Home Strategies LLC**<br>                              **Debtor(s)** | CHAPTER 13<br>BK. NO. 22-11690 ELF |
| **U.S. Bank National Association as Trustee of Greene Street Funding Trust**<br>                              **Movant**<br>       **vs.** | |
| **House to Home Strategies LLC**<br>                              **Respondent(s)** | |

### CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **January 5, 2023**.

Hopkins & Schafkopf LLC
11 Bala Avenue
Bala Cynwyd, PA 19004

House to Home Strategies LLC
3460 Ridge Pike
Collegeville, PA 19426

Date: January 5, 2023

By: /s/ Denise Carlon, Esquire
    Denise Carlon, Esquire
    KML Law Group, P.C.
    The Lits Building
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    215-627-1322
    Attorney for Movant/Applicant

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: House to Home Strategies LLC**<br>**Debtor(s)** | **CHAPTER 13** |
| **U.S. Bank National Association as Trustee of Greene Street Funding Trust**<br>**Movant** | |
| **vs.** | **NO.** 22-11690 ELF |
| **House to Home Strategies LLC**<br>**Respondent(s)** | |
| **Trustee** | |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by U.S. Bank National Association as Trustee of Greene Street Funding Trust, it is **Ordered** and **Decreed** that confirmation is **denied**.

_____
Bankruptcy Judge