**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| House to Home Strategies LLC, | § | Case No. 22-11690-ELF |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF UNITED STATES
TRUSTEE'S OBJECTION TO THE MOTION OF THE CHAPTER 7
TRUSTEE FOR AUTHORITY TO SELL DEBTOR'S PROPERTY AT
PRIVATE SALE FREE AND CLEAR OF ALL LIENS, CLAIMS AND
<u>ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363</u>**

PLEASE TAKE NOTICE Andrew R. Vara, the United States Trustee for Region 3, by and through his undersigned counsel, hereby withdraws, without prejudice, the *United States Trustee's Objection to the Motion of the Chapter 7 Trustee for Authority to Sell Debtor's Property at Private Sale Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363* (Docket No. 79). This docket entry was filed in error. For the avoidance of doubt, the correct Objection to Approve Disclosure Statement has been filed at Docket No. 80; the U.S. Trustee intends to prosecute the Objection filed at Docket No. 80.

[Remainder of page intentionally left blank]

Dated: January 11, 2023        Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**For Regions 3 and 9**

By:  /s/  *Kevin M. Cartwright*
Kevin M. Cartwright, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: (215) 597-4411
Facsimile: (215) 597-5795
Kevin.Cartwright@usdoj.gov