## UNITED STATES BANKRUPTCY COURT

Eastern  DISTRICT OF  Pennsylvania

<Enter Division name if applicable, else delete this text>

| | | |
|---|---|---|
| In Re. House to Home Strategies, LLC | § | Case No.  22-11690 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2022

Petition Date: 06/27/2022

Months Pending: 6

Industry Classification: 5 3 1 3

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☒    Accounts receivable aging
☒    Postpetition liabilities aging
☒    Statement of capital assets
☒    Schedule of payments to professionals
☒    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☒    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Gary Schafkopf, Esq.

Signature of Responsible Party

01/20/2023

Date

Gary Schafkopf, Esq.

Printed Name of Responsible Party

11 Bala Ave.
Bala Cynwyd, PA 19004

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  House to Home Strategies, LLC                                                        Case No.  22-11690

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $70 | |
| b. Total receipts (net of transfers between accounts) | $1,535 | $1,535 |
| c. Total disbursements (net of transfers between accounts) | $1,400 | $1,400 |
| d. Cash balance end of month (a+b-c) | $205 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $10,311 |
| f. Total disbursements for quarterly fee calculation (c+e) | $1,400 | $11,711 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯  Market ◯  Other ⦿  (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $1,665,673 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $1,031,408 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $1,031,408 |
| o. Ending equity/net worth (e-n) | $634,265 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Debtor's Name  House to Home Strategies, LLC                                    Case No.  22-11690

## Part 5:  Professional Fees and Expenses

|  | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name House to Home Strategies, LLC                    Case No. 22-11690

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name House to Home Strategies, LLC                                    Case No.  22-11690

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  House to Home Strategies, LLC                                    Case No.  22-11690

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name House to Home Strategies, LLC                                    Case No. 22-11690

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  House to Home Strategies, LLC                                 Case No.  22-11690

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | $0 | $0 |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ●

c. Were any payments made to or on behalf of insiders?   Yes ○  No ●

d. Are you current on postpetition tax return filings?   Yes ●  No ○

e. Are you current on postpetition estimated tax payments?   Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ○  N/A ●

i. Do you have:   Worker's compensation insurance?   Yes ○  No ●

   If yes, are your premiums current?   Yes ○  No ○  N/A ●  (if no, see Instructions)

   Casualty/property insurance?   Yes ●  No ○

   If yes, are your premiums current?   Yes ●  No ○  N/A ○  (if no, see Instructions)

   General liability insurance?   Yes ○  No ●

   If yes, are your premiums current?   Yes ○  No ○  N/A ●  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ●  No ○

k. Has a disclosure statement been filed with the court?   Yes ●  No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●  No ○

Debtor's Name  House to Home Strategies, LLC                                    Case No.  22-11690

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Trevor Krill      *Trevor Krill*                          Trevor Krill      *Trevor Krill*
Signature of Responsible Party                             Printed Name of Responsible Party

Managing Member                                            01/10/2023
Title                                                      Date

Debtor's Name  House to Home Strategies, LLC                    Case No.  22-11690



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  House to Home Strategies, LLC                                    Case No.  22-11690



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name House to Home Strategies, LLC                                      Case No.  22-11690



PageThree



PageFour

# Initiate Business Checking℠

December 31, 2022 ■ Page 1 of 5

**WELLS FARGO**

HOUSE TO HOME STRATEGIES LLC
DEBTOR IN POSSESSION
CH 11 CASE #22-11690 (EPA)
3460 RIDGE PIKE
COLLEGEVILLE PA 19426-3114

## Questions?

*Available by phone Mon–Sat 7:00am–11:00pm
Eastern Time, Sun 9:00am–10:00pm Eastern Time:*
We accept all relay calls, including 711
1-800-CALL-WELLS (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $70.00 |
| Deposits/Credits | 1,535.00 |
| Withdrawals/Debits | - 1,400.01 |
| Ending balance on 12/31 | $204.99 |

Account number: ████2102
HOUSE TO HOME STRATEGIES LLC
DEBTOR IN POSSESSION
CH 11 CASE #22-11690 (EPA)

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/13 | | eDeposit IN Branch/Store 12/13/22 02:54:51 PM 2740 W Ridge Pike Norristown PA | 1,500.00 | | 1,570.00 |
| 12/15 | | Purchase authorized on 12/14 Bristol West Insur 888-888-0080 FL S382348626745105 Card 6727 | | 351.15 | |
| 12/15 | | Purchase authorized on 12/14 Peco Energy Compan 215-841-4000 PA S302348632679791 Card 6727 | | 266.31 | 952.54 |
| 12/16 | | Recurring Payment authorized on 12/14 Verizon*Onetimepay Verizon.Com FL S462348639757550 Card 6727 | | 237.55 | 714.99 |
| 12/19 | | Purchase Return authorized on 12/17 Ratoskey & Trainor 610-539-8988 PA S462351675705953 Card 6727 | 35.00 | | |
| 12/19 | | Purchase authorized on 12/17 Ratoskey & Trainor 610-539-8988 PA S302351674739241 Card 6727 | | 160.00 | 589.99 |
| 12/21 | | Purchase authorized on 12/19 Ratoskey & Trainor 610-539-8988 PA S302353613809439 Card 6727 | | 125.00 | |
| 12/21 | | Purchase authorized on 12/19 Ratoskey & Trainor 610-539-8988 PA S462353682115126 Card 6727 | | 125.00 | 339.99 |
| 12/23 | | Purchase authorized on 12/21 Ratoskey & Trainor 610-539-8988 PA S462355736637306 Card 6727 | | 125.00 | 214.99 |
| 12/30 | | Monthly Service Fee | | 10.00 | 204.99 |
| Ending balance on 12/31 | | | | | 204.99 |
| Totals | | | $1,535.00 | $1,400.01 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2022 - 12/31/2022 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following account requirements | Minimum required | This fee period |
| • Average ledger balance | $1,000.00 | $351.00 ☐ |
| • Minimum daily balance | $500.00 | $70.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 1,500 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

# House to Home Strategies, LLC -December 2022

## Balance sheet

### Assets

| | |
|---|---|
| Real Estate - 3460 Ridge Pike, Collegeville, PA 19426 | $ 1,655,475.00 |
| Truck – 2000 Ford F-650 | $     7,500.00 |
| Truck – 2010 Ford F-350 | $     2,698.00 |

**Total Capital Assets**              **$ 1,665,673.00**

### Liabilities

| | |
|---|---|
| Real Estate - 3460 Ridge Pike, Collegeville, PA 19426 | $ 1,031,408.00 |
| **Total Liabilities** | **$ 1,031,408.00** |

**Net Worth       $ 634,265.00**

# House to Home Strategies, LLC -December 2022

## Statement of cash receipts and disbursements

## DIP Account

**Receipts**

| | |
|---|---|
| From Trevor and Anne Marie Krill | $ 1,500.00 |
| Refund | $   35.00 |
| **Disbursements** | $ 1,390.00 |
| Monthly Service Fee | $   10.00 |
| **Total** | $ 1,400.00 |

# House to Home Strategies, LLC -December 2022
## Statement of capital assets

| | |
|---|---|
| Real Estate - 3460 Ridge Pike, Collegeville, PA 19426 | $ 1,655,475.00 |
| Truck – 2000 Ford F-650 | $      7,500.00 |
| Truck – 2010 Ford F-350 | $      2,698.00 |
| **Total Capital Assets** | **$ 1,665,673.00** |

# House to Home Strategies, LLC -December 2022

## Schedule of payments to professionals

There were no payments to professionals for this period.

# House to Home Strategies, LLC -December 2022

## Schedule of payments to insiders

There were no payments to insiders for this period.

# House to Home Strategies, LLC -December 2022

## Postpetition liabilities aging

There were no Postpetition liabilities to report for this period.

# House to Home Strategies, LLC -December 2022 Bank statements and bank reconciliations for the reporting period

The December bank statement is attached with all transactions going through the DIP account.

# House to Home Strategies, LLC -December 2022

## Statement of operations

There was no profit or loss to report for this period

# House to Home Strategies, LLC -December 2022

## Accounts receivable aging

There were no Accounts receivables to report for this period.

# House to Home Strategies, LLC -December 2022

## Description of the assets sold or transferred and the terms of the sale or transfer

There were no assets sold or transferred for this period.