IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| House to Home Strategies LLC, | § | Case No. 22-11690-ELF |
| | § | |
| Debtor. | § | |

## ORDER DISMISSING CASE

Upon the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Bad Faith and Other Cause* (the "Motion"), and the Court having considered the Motion and all related filings, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's bankruptcy case is **DISMISSED**.

Dated: 1/26/23

Eric L. Frank
United States Bankruptcy Judge