United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
House to Home Strategies LLC  
    Debtor

Case No. 22-11690-elf  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 26, 2023      Form ID: pdf900      Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | House to Home Strategies LLC, 3460 Ridge Pike, Collegeville, PA 19426-3114 |
| 14726571 | + | Fay Servicing, LLC, as servicer for U.S. Bank Trust National, c/o Lauren M. Moyer Esq., 1325 Franklin Avenue Suite 160, Garden City NY 11530-1631 |
| 14742362 | + | U.S. Bank National Association as Trustee, C/O Michael Farrington, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14702235 | + | U.S. Bank Trust Nation Association,, Not In Its Individual Capacity But Solel, As Trust Of Greene Street Funding Trust, 425 S. Financial Place Suite 2000, Chicago IL 60605-1000 |
| 14703829 | + | U.S. Bank Trust National Association, C/O Joshua I. Goldman, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 27 2023 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2023 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ MEBN | Jan 27 2023 00:29:59 | Fay Servicing, LLC as servicer for U.S. Bank Trust, c/o Friedman Vartolo LLP, 1325 Franklin Ave Suite 160, Garden City, NY 11530-1631 |
| 14728202 | Email/Text: BankruptcyECFMail@mccalla.com | Jan 27 2023 00:33:00 | U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14731729 | ^ MEBN | Jan 27 2023 00:29:41 | U.S. Bank National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 26, 2023 | Form ID: pdf900 | Total Noticed: 10 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

**Name**          **Email Address**

DENISE ELIZABETH CARLON
                  on behalf of Creditor U.S. Bank National Association as Trustee of Greene Street Funding Trust bkgroup@kmllawgroup.com

GARY SCHAFKOPF
                  on behalf of Debtor House to Home Strategies LLC GARY@SCHAFLAW.COM tudorescue@gmail.com;tudorescue2@gmail.com

JOHN HENRY SCHANNE
                  on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSHUA I. GOLDMAN
                  on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as trustee of Greene Street Funding Trust Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN CARTWRIGHT
                  on behalf of U.S. Trustee United States Trustee kevin.cartwright@usdoj.gov

LAUREN MOYER
                  on behalf of Creditor Fay Servicing  LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust lmoyer@friedmanvartolo.com

MICHAEL PATRICK FARRINGTON
                  on behalf of Creditor U.S. Bank National Association as Trustee of Greene Street Funding Trust mfarrington@kmllawgroup.com

United States Trustee
                  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| House to Home Strategies LLC, | § § | Case No. 22-11690-ELF |
| Debtor. | § § | |

## ORDER DISMISSING CASE

Upon the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Bad Faith and Other Cause* (the "Motion"), and the Court having considered the Motion and all related filings, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's bankruptcy case is **DISMISSED**.

Dated:   1/26/23

Eric L. Frank
United States Bankruptcy Judge